1 | Stuart B. Wolfe (SBN 156471)
  | sbwolfe@wolfewyman.com
2 | Marcus T. Brown (SBN 255662)
  | mtbrown@wolfewyman.com
3 | WOLFE & WYMAN LLP
  | 2175 N. California Blvd., Suite 415
4 | Walnut Creek, California 94596-3579
  | Telephone:  (925) 280-0004
5 | Facsimile:   (925) 280-0005

6 | Attorneys for Defendant
  | CITIMORTGAGE, INC.
7 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| GARY HIBBS, DIANE HIBBS, | Case No.: 2:09-cv-02698-JAM-EFB |
| Plaintiffs, | **STIPULATION AND  ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT CITIMORTGAGE, INC., TO RESPOND TO COMPLAINT** |
| v. | |
| CITIMORTGAGE, MORTGAGE OUTREACH SERVICES, and DOES 1-50, Inclusive, | [L.R. 6-144] |
| Defendants. | |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs GARY HIBBS and DIANE HIBBS ((Plaintiffs") and Defendant CITIMORTGAGE, INC. ("Defendant").  Plaintiffs and Defendant, by and through their respective counsel of record herein, agree and stipulate as follows:

A.	On or about September 28, 2009, Defendant requested of Plaintiffs an extension of time to respond to Plaintiffs' complaint until and including October 13, 2009.

B.	On or about September 28, 2009, Plaintiffs' counsel agreed to extend Defendant's time to respond to Plaintiffs' complaint until and including October 13, 2009.

C.	Defendant has not previously obtained any extension of time in this action.

///

1

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**
C:\Documents and Settings\HVine\Desktop\09cv2698.o.107.doc

PDF created with pdfFactory trial version www.pdffactory.com

D.  This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties that have appeared in this action and are affected by the stipulation agree and stipulate that Defendant has until and including October 13, 2009 to respond to Plaintiffs' complaint.

DATED: October __, 2009         WOLFE & WYMAN LLP

By:_____
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

DATED: October __, 2009         LAW OFFICES OF JONATHAN G. STEIN

By:_____
JONATHAN G. STEIN, ESQ.
**Attorney for Plaintiffs**
**GARY HIBBS and DIANE HIBBS**

2
**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**
C:\Documents and Settings\HVine\Desktop\09cv2698.o.107.doc

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ON STIPULATION**

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that Defendant shall have until and including October 13, 2009 to respond to the Plaintiffs' Complaint in this matter.

IT IS SO ORDERED.

Dated: October 7, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com