**Stuart B. Wolfe (SBN 156471)**
sbwolfe@wolfewyman.com
**Joshua M. Bryan (SBN 225230)**
jmbryan@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**CITIBANK, N.A. (erroneously sued as**
**"CITIMORTGAGE")**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GARY HIBBS, DIANE HIBBS,<br><br>              Plaintiffs,<br><br>   v.<br><br>CITIMORTGAGE, MORTGAGE OUTREACH<br>SERVICES, and DOES 1-50, Inclusive,<br><br>              Defendants. | Case No.: 2:09-cv-02698-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING**<br>**ON DEFENDANT CITIBANK, N.A.'S**<br>**MOTION TO DISMISS AND MOTION TO**<br>**STRIKE**<br><br>Date:   February 3, 2010<br>Time:  9:30 a.m.<br>Place: Courtroom 6, 14th Floor<br>Hon:   John A. Mendez |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

        This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs

GARY HIBBS and DIANE HIBBS (Plaintiffs") and Defendant CITIBANK, N.A. ("Defendant").

Plaintiffs and Defendant, by and through their respective counsel of record herein, agree and

stipulate as follows:

        A.        A hearing on Defendant's Motion to Dismiss and Motion to Strike the First Amended

Complaint of Plaintiff's is currently scheduled for February 3, 2010 at 9:30 a.m. before the

Honorable John A. Mendez in Courtroom 6 of the United States District Court-Eastern, Sacramento

Division.

        B.        Whereas, Plaintiffs and Defendant wish to continue the hearing for a period of three

weeks or to a later date that is convenient to the Court.

C:\Documents and Settings\HVine\Desktop\09cv2698.o.128.doc

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  January 27, 2010                    LAW OFFICES OF JONATHAN D. STEIN


                                            By: /s/ Jonathan D. Stein
                                                 JONATHAN D. STEIN
                                            **Attorneys for Plaintiffs Gary Hibbs and Diane Hibbs**


DATED:  January 27, 2010                    WOLFE & WYMAN LLP


                                            By: /s/ Joshua M. Bryan
                                                 STUART B. WOLFE
                                                 JOSHUA M. BRYAN
                                            **Attorneys for Defendant
                                            CITIBANK, N.A.**

### ORDER ON STIPULATION

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the hearing on the Motion to Dismiss and Motion to Strike the First Amended Complaint shall be continued to March 3, 2010 at 9:30 a.m. in Courtroom #6.

IT IS SO ORDERED.


Dated:   January 28, 2010                    /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE

**WOLFE & WYMAN LLP**

**STIPULATION**

C:\Documents and Settings\HVine\Desktop\09cv2698.o.128.doc

PDF created with pdfFactory trial version www.pdffactory.com