Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIBANK, N.A. (erroneously sued as "CITIMORTGAGE")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GARY HIBBS, DIANE HIBBS,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, MORTGAGE OUTREACH SERVICES, and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No.: 2:09-cv-02698-JAM-KJN<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS AND MOTION TO STRIKE;  ORDER**<br><br>Date:    March 3, 2010<br>Time:   9:30 a.m.<br>Place:   Courtroom 25, 8th Floor<br>Magistrate Judge Kendall J. Newman |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   This Stipulation is made pursuant to Local Rule 6-144 and is made by and between Plaintiffs GARY HIBBS and DIANE HIBBS (Plaintiffs") and Defendant CITIBANK, N.A. ("Defendant"). Plaintiffs and Defendant, by and through their respective counsel of record herein, agree and stipulate as follows:

   A hearing on Defendant's Motion to Dismiss and Motion to Strike the First Amended Complaint of Plaintiff's is currently scheduled for March 3, 2010 at 9:30 a.m. before Magistrate Judge Kendall J. Newman in Courtroom 25, 8th Floor of the United States District Court-Eastern, Sacramento Division.

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, Plaintiffs and Defendant wish to continue the hearing for a period of four (4) weeks or to a later date that is convenient to the Court.

DATED: February 24, 2010                    WOLFE & WYMAN LLP


By: /s/ Joshua M. Bryan (SBN 225230)
    STUART B. WOLFE
    JOSHUA M. BRYAN
**Attorneys for Defendant**
**CITIBANK, N.A.**

DATED: February 24, 2010                    LAW OFFICES OF JONATHAN D. STEIN


By: /s/ Jonathan D. Stein (SBN 224609)
    JONATHAN D. STEIN
**Attorneys for Plaintiffs Gary Hibbs**
**and Diane Hibbs**

### ORDER ON STIPULATION

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the hearing on the Motion to Dismiss and Motion to Strike the First Amended Complaint shall be continued to May 5, 2010 at 9:30 a.m. in Courtroom #6.

IT IS SO ORDERED.


Dated:  February 26, 2010                    /s/ John A. Mendez
                                                                     UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com