**Stuart B. Wolfe (SBN 156471)**
**Joshua M. Bryan (SBN 225230)**
**jmbryan@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**CITIBANK, N.A. (erroneously sued as "CITIMORTGAGE")**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GARY HIBBS, DIANE HIBBS,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, MORTGAGE OUTREACH SERVICES, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02698-JAM-RJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　　　COME NOW, Plaintiffs GARY HIBBS and DIANE HIBBS ("Plaintiffs"), and Defendant CITIMORTGAGE, INC. ("CITI"), (collectively, "Parties") and hereby stipulate as follows pursuant to Rule of Civil Procedure 41:

　　　　WHEREAS the Parties have entered into a settlement;

　　　　WHEREAS the Parties have stipulated that the Plaintiffs' First Amended Complaint shall be dismissed with prejudice;

　　　　WHEREAS the Parties have stipulated that each of the Parties shall bear their own attorneys' fees and costs;

///

///

1
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: March __, 2010                    WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
JOSHUA M. BRYAN
**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

DATED: March __, 2010                    JONATHAN STEIN

By: _____
JONATHAN STEIN
**Attorneys for Plaintiffs**
**GARY HIBBS and DIANE HIBBS**

## ORDER

Based on the foregoing stipulation, finding the terms therein to be proper, the Court orders as follows:

1. Plaintiffs' First Amended Complaint and therefore, this entire action, is hereby dismissed with prejudice.
2. Each of the Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _March 15, 2010_____

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

2
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL
C:\Documents and Settings\HVine\Desktop\09cv2698.o.31510.doc USDC Case No. 2:09-cv-02698 JAM RJN
PDF created with pdfFactory trial version www.pdffactory.com